RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Ming Nan Lu

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:09-cr-00256-JCM-GWF-2 |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR RELEASE OF INFORMATION FROM PRETRIAL SERVICES AND PROPOSED ORDER** |
| MING NAN LU, | |
| Defendant. | |

COMES NOW, Ming Nan Lu, the Defendant named above, through his attorney, Richard F. Boulware, Assistant Federal Public Defender, who hereby requests that the Court order the Pretrial Release Services Office in Los Angeles, California release certain relevant information to the defense.

The Defendant's Motion hereby includes a request for a prompt respond to the requested information on this matter.

DATED this 25th day of November, 2013.

                                                       RENE L. VALLADARES
                                                     Federal Public Defender

                                                     */s/Richard F. Boulware*

                                                     RICHARD F. BOULWARE
                                                     Assistant Federal Public Defender

**DISCUSSION**

The defense submits this unopposed motion to the Court for an order to Pretrial Services to release information about the supervision of Mr. Lu.

At the previous hearing in this case on November 19, 2013, the defense indicated that it needed certain information, related to Mr. Lu's supervision, to address the allegations in the petition in this case. The government did not object to imposition of an order for this information if such an order was necessary for Pretrial Services to release the information. Specifically, the defense was seeking information regarding: a) whether Mr. Lu had regularly reported to Pretrial Services; b) whether Mr. Lu had in fact provided information or pay stubs for his employment; c) whether there had been a home visit for Mr. Lu; and d) copies of other forms he completed for Pretrial Services. Defense counsel sent a written request for such information last week and was informed that a court order would be necessary to release this information to the parties. This motion follows. As the sole allegation in this petition relates to Mr. Lu's ability or capacity to report as directed to Probation, the requested information is clearly relevant to his upcoming revocation hearing next week. For these reasons, and the government not opposing this motion, the defense requests that the Court sign the attached proposed order.

DATED this 25th day of November, 2013.

Respectfully submitted;

RENE L. VALLADARES
Federal Public Defender

*/s/Richard F. Boulware*
_____
RICHARD F. BOULWARE
Assistant Federal Public Defender
Counsel for Ming Nan Lu

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td colspan="2" align="center">DISTRICT OF NEVADA</td></tr>
<tr><td colspan="2" align="center">* * *</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MING NAN LU<br><br>　　　　　Defendant. | 2:09-cr-00256-JCM-GWF-2<br><br>**ORDER ON MOTION FOR RELEASE OF INFORMATION FROM PRETRIAL SERVICES** |

　　　　Good cause having been shown without government opposition,

　　　　IT IS THEREFORE ORDERED that the Pretrial Services Office in Los Angeles, California release the following information to defendant's counsel:

　　　　a.) The dates and time when Mr. Lu called or reported in person or contacted the Pretrial Services Office after he was placed on supervision in September of this year;

　　　　b.) The dates and time when any home visit was done by Pretrial Services for Mr. Lu;

　　　　c.) The date and time when Pretrial Services received employment records or paystubs from Mr. Lu with copies to be provided to defense counsel;

　　　　d.) Copies of any documents that Mr. Lu completed for Pretrial Services.

　　　　IT IS FURTHER ORDERED that Pretrial Services comply with this Order by December 1, 2013

　　　　DATED this __26__ day of November, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE